BOARD OF TRUSTEES OF HARDY TP., HOLMES COUNTY, OHIO, v. BRATTLEBORO SAVINGS BANK. (Circuit Court of Appeals, Sixth Circuit. February 12, 1901.) No. 855. In Error to the Circuit Court of the United States for the Northern District of Ohio. S. B. Bailey, for plaintiff in error. Wm. H. Harris, for defendant in error. Before LURTON, DAY, and SEVERENS, Circuit Judges.

PER CURIAM. For the reasons stated in the opinion of the judge in deciding this case at the circuit, reported in 98 Fed. 524, the judgment is affirmed.

---

DUNN v. VIRGINIA FIRE INS. CO. MORONEY v. EASTERN INS. CO. SAME v. HARTFORD INS. CO. DUNN v. ORIENT INS. CO. MORONEY v. SPRINGFIELD FIRE & MARINE INS. CO. SAME v. ORIENT INS. CO. SAME v. LONDON ASSUR. CORP. SAME v. VIRGINIA MARINE & FIRE INS. CO. DUNN v. HARTFORD INS. CO. MORONEY v. GEORGIA HOME INS. CO. (Circuit Court of Appeals, Fifth Circuit. April 9, 1901.) Nos. 991–993; 995–999, 1011, 1012. In Error to the Circuit Court of the United States for the Eastern District of Louisiana. E. A. O'Sullivan, for plaintiffs in error. J. Ward Gurley, D. C. Mellen, Chas. P. Fenner, and W. W. Howe, for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. All the facts in the above-entitled cases are the same as those presented in the case of Dunn v. Insurance Co. (No. 990 of the docket of this court) 105 Fed. 1002, in which case the judgment of the lower court was affirmed. Following that case, the judgments herein are affirmed.

---

In re ELMORE. (Circuit Court of Appeals, First Circuit. January 11, 1901.) No. 359. Petition for Revision of Proceedings of the District Court of the United States for the District of Massachusetts. Charles H. Dow (Alfred S. Hayes, on the brief), for petitioner. William L. & James L. Putnam, for respondent. Before COLT and PUTNAM, Circuit Judges, and WEBB, District Judge. Petition dismissed, pursuant to stipulation filed, without costs for either party.